IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *A.H., et al. v. National Football League, et al.*<br>*Scroggins, et al. v. National Football League* | No. 18-464<br>No. 16-2058 |

## ORDER

**AND NOW**, this 14TH day of February, 2019 it is **ORDERED** that the NFL Parties' Motion to Dismiss (ECF Nos. 10227, 10228 in 12-2323; ECF Nos. 10, 11 in 18-464; ECF Nos. 15, 16 in 16-2058) is **GRANTED** in part and **DENIED** in part as follows:

- the NFL Parties' Motion to Dismiss the claim of A.H. is **GRANTED**;

- Because Rose Stabler responded to neither the NFL Parties' Motion to Dismiss nor this Court's Order to Show Cause why the motion should not be granted as unopposed (*see* ECF No. 19 in 16-2058), the NFL Parties' Motion to Dismiss the claim of Rose Stabler is **GRANTED** as unopposed;

- Because Tracy Scroggins has voluntarily dismissed his claims (*see* ECF No. 18 in 16-2058), the NFL Parties' Motion to Dismiss the claim of Tracy Scroggins is **DENIED** as moot.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on   2/14/2019